IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 26 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00154-BNB

CHAD EUGENE JONES,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS
ARISTEDES W. SAVARAS [sic],
STERLING CORRECTIONAL FACILITY,
KEVIN MILYARD, and
SCF READING COMMITTEE CAPTAIN JAMES JIMMERSON,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Chad Eugene Jones, is a prisoner in the custody of the Colorado Department of Corrections (DOC) who currently is confined at the Sterling, Colorado, correctional facility. He filed *pro se* an amended civil rights complaint for injunctive relief pursuant to 42 U.S.C. § 1983 (2006), 28 U.S.C. § 1343(a)(3) (1993). On April 9, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Jones to file within thirty days a second amended complaint that alleged each Defendant's personal participation in the asserted claims and that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The April 9 order warned Mr. Jones that if he failed within the time allowed to comply with the April 9 order as directed, the amended complaint and the action would be dismissed without further notice.

Mr. Jones has failed within the time allowed to comply with the April 9, 2008, order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the amended complaint is dismissed without prejudice for failure to prosecute and for failure to comply with the directives of the April 9, 2008, order within the time allowed.

DATED at Denver, Colorado, this 21 day of May, 2008.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00154-BNB

Chad Eugene Jones
Prisoner No. 102805
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 5/22/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk